# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **YULISA RODAS, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: 14-cv-00334-R |
| ) | |
| **MDOW INSURANCE COMPANY,** ) | |
| **a foreign insurance company,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, Yulisa Rodas and Defendant, MDOW Insurance Company, by and through their counsel of record, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. The parties respectfully request that the Court dismiss this case with prejudice.

Respectfully submitted,

s/Michael D. McGrew
Michael D. McGrew, OBA # 013167
Michael D. McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Phone: (405) 235-9909
Fax: (405) 235-9929
mcgrewslaw@yahoo.com
**ATTORNEYS FOR PLAINTIFF**

and

  s/ Kevin H. Cunningham (*w/ permission*)
Ryan Dean, OBA #21152
Justin D. Meek, OBA #21294
Kevin H. Cunningham, OBA #22117
BASS LAW
201 Robert S. Kerr
Suite 700
Oklahoma City, Oklahoma  73102
Phone: 405/262-4040
Fax: 405/262-4058
kevin@basslaw.net
justin@basslaw.net
rdean@basslaw.net
**ATTORNEYS FOR DEFENDANT**
**MDOW INSURANCE COMPANY**